

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JUN 2 7 2013

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | **4:13**CR**00.255.**R**W**S |
| JASON DEVION HUNTER, | ) | |
| | ) | |
| Defendant. | ) | |

COUNT I

The Grand Jury charges that:

Beginning in April 2013, through May 2013, in the City of St. Louis and elsewhere within the Eastern District of Missouri,

**JASON DEVION HUNTER**,

the defendant herein, did unlawfully engage in the business of dealing in firearms when in fact he was not a licensed dealer.

In violation of Title 18, United States Code, Section 922(a)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney